UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

JORGE ENCARNACION AVALOS,

Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20-CR-549 (VB)
20mj1118

Defendant __Jorge Encarnacion Avalos__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

____ Conference Before a Judicial Officer

/s/ Jorge Encarnacion Avalos
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Defendant's Counsel's Signature

Jorge Encarnacion Avalos
Print Defendant's Name

Jason Ser
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/16/20
Date

U.S. District Judge/U.S. Magistrate Judge