UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

_USA_ ,

Plaintiff(s),

v.

_Jorge Encarnacion_

Defendant(s).
-------------------------------------------------------x

**CALENDAR NOTICE**

20 CR 550 (VB)

   ~~PLEASE TAKE NOTICE~~ that the above-captioned case has been ~~scheduled~~/ re-scheduled for:

| | |
|---|---|
| ___ Status conference | ___ Final pretrial conference |
| ___ Telephone conference | ___ Jury selection and trial |
| ___ Pre-motion conference | ___ Bench trial |
| ___ Settlement conference | ___ Suppression hearing |
| ___ Oral argument | ___ Plea hearing |
| ___ Bench ruling on motion | ✓ Sentencing |

on _3-30-_ , 20_21_ , at _3:00 PM_ , in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from _1-29-21_

   **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _1-12-_ , 20_21_
   White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge