UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JORGE ENCARNACION-AVALOS,
                              Defendant.
----------------------------------------------------x

**ORDER**

20 CR 550 (VB)

3/30/21

At the sentencing hearing on March 30, 2021, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Jorge Encarnacion-Avalos, USM #87696-054, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: March 30, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge